Harry B. Brown, administrator of the estate of Catherine Brown, deceased, appellee, v. The Chicago, Rock Island and Pacific Railway Company, appellant. Gen. No. 8,439.

 Opinion filed February 18, 1932. Rehearing denied May 4, 1932.

Hibbs & Pool, for appellant; Daniel Taylor, of counsel. Butters & Butters, for appellee.

Mr. Justice Baldwin delivered the opinion of the court.